IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

**JAMES H. PARSLEY and MARIE E. PARSLEY,**

    Plaintiffs,

v.

**BANK OF AMERICA, N.A. et al.,**

    Defendants.

No. 3:16-cv-00175-SB

ORDER OF DISMISSAL

**MOSMAN, J.**,

Based on my Opinion and Order, IT IS ORDERED that the claims in the above-captioned matter against Defendant Ditech Financial LLC are DISMISSED with prejudice. As such, Ditech Financial LLC is hereby terminated as a party in this action.

DATED this __5th__ day of July, 2017.

    /s/ Michael W. Mosman
    MICHAEL W. MOSMAN
    Chief United States District Judge